## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**

**v.**                       **No. 4:13CR00199-001 KGB**

**KEYJAY JAMAR NESBY**                                          **DEFENDANT**

### ORDER

The motion of the United States of America to dismiss the indictment as to Keyjay Jamar Nesby is GRANTED (Dkt. No. 13). The indictment now pending against Mr. Nesby is hereby dismissed.

IT IS SO ORDERED this 24th day of October, 2013.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge